UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>WEST SEATTLE TOBACCO COMPANY LLC, et al.,<br><br>           Defendants. | CASE NO. C23-0391JLR<br><br>ORDER TO SHOW CAUSE |

On November 30, 2023, the court denied Plaintiff GS Holistic, LLC's ("GS Holistic") motion for entry of default against Defendant West Seattle Tobacco Company LLC ("West Seattle Tobacco") for failure to ensure proper service before filing the motion. (*See generally* 11/30/23 Order (Dkt. # 14); *see also id.* at 2-3 (explaining that the court had previously warned GS Holistic that failure to ensure proper service before moving for entry of default would result in sanctions).) GS Holistic has since made no further filings in this case. Accordingly, the court ORDERS GS Holistic to show cause,

ORDER - 1

by no later than **June 28, 2024**, why the court should not dismiss this action with prejudice for failure to prosecute. *See Pagtalunan v. Galaza*, 291 F.3d 639, 64243 (9th Cir. 2002) (discussing factors that the court considers in determining whether to dismiss for failure to prosecute or to comply with a court order).

Dated this 17th day of June, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2